UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x
PATRICIA SCHWETZ,

                                      Plaintiff,

                                      CASE No. 21-CV-3396(PKC)(LGD)

    -AGAINST-

THE BOARD OF COOPERATIVE
EDUCATIONAL SERVICES OF NASSAU
COUNTY,

                                  Defendant.
----------------------------------------------------------------------x

**DECLARATION OF YUTING LI
IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

      YUTING LI, an attorney duly admitted to the Bar in this Court, swears under the penalty of perjury that:

      1.    I am an associate of Danny Grace PLLC, counsel to Plaintiff Patricia Schwetz in this action.

      2.    I submit this declaration pursuant to Rule 56 of the Federal Rules of Civil Procedure, in opposition to Defendant's motion for summary judgment.

      3.    Plaintiff incorporates by reference the Exhibits and Declarations annexed to Defendant's motion.

      4.    Attached hereto as **Exhibit 1** is a copy of the deposition transcript of Plaintiff Patricia Schwetz.

      5.    Attached hereto as **Exhibit 2** is a copy of the deposition transcript Dr. Robert Dillion.

6. Attached hereto as **Exhibit 3** is a copy of the deposition transcript of Dr. Valerie D'Aguanno, the Executive Director of Human Resources at that time.

7. Attached hereto as **Exhibit 4** is a copy of the deposition transcript of Dr. Roxanne Garcia France, Assistant Superintendent of Curriculum Instruction.

8. Attached hereto as **Exhibit 5** is a copy of the deposition transcript of Ms. Selma Stoddard, Attorney of Employees Relationships, who testified both as a fact witness and Fed. R.Civ. P. 30(b)(6) witness.

9. Attached hereto as **Exhibit 6** is a copy of the relevant Plaintiff's discovery production in response to Defendant's discovery demands, bates number **PS 45-46, 58, 89-92.**

10. Attached hereto as **Exhibit 7** is a copy of BOCES' organizational chart, bates number **DEF 1**.

11. Attached hereto as **Exhibit 8** is a copy of the relevant Defendant's discovery production in response to Plaintiff's discovery demands as to Hiring Supervisor I of the Special Education Department, bates number **DEF 828-930**

12. Attached hereto as **Exhibit 9** is a copy of the relevant Defendant's discovery production in response to Plaintiff's discovery demands as to APPR data issue, bates number **DEF 1254-71**

13. Attached hereto as **Exhibit 10** is a copy of the relevant Defendant's discovery production in response to Plaintiff's discovery demands as to Medicaid Issue, bates number **DEF 759-72**

14. Attached hereto as **Exhibit 11** is a copy of the partial Plaintiff's end of year evaluations before she filed a complaint of Dr. Dillion's discrimination, Bates Number **DEF** 209-12, 229-31

15. Attached hereto as **Exhibit 12** is a copy of the partial Plaintiff's end of year evaluations after she filed a complaint of Dr. Dillion's discrimination, bates number **DEF 213-28**

16. Attached hereto as **Exhibit 13** is a copy of email chain to notify the whole Nassau Plaintiff was demoted and reassigned, Bates number **DEF** 2028-52

17. Attached hereto as **Exhibit 14** is a copy of notice of resignment issued to Plaintiff, Bates Number **DEF** 235

18. Attached hereto as **Exhibit 15** is a copy of Defendant's notice of termination and Plaintiff's response, Bates Number **DEF** 486-94

19. Attached hereto as **Exhibit 16** is a copy of Plaintiff Notice of Claim, Bates Number **DEF** 476-80

20. Attached hereto as **Exhibit 17** is a copy of Plaintiff's Petition to the Board of Education to oppose the wrongful termination, Bates Number DEF **1346-50**

21. Attached hereto as **Exhibit 18** is a copy of memo that Dr. Dillion issued to Plaintiff and Ms. Carla Theodora, Bates Number **DEF 1516**

22. Attached hereto as **Exhibit 19** is a copy of ED job description and Job posting, listed SDA as a credentialing requirement – NYS Administrative Certification, Bates Number **DEF** 481-485

23. Attached hereto as **Exhibit 20** is a copy of counseling memo issued to Plaintiff from different individuals in January and February 2020, Bates Number **DEF** 233-42.

Dated: May 26, 2023

*Yuting Li*
Yuting Li, Esq.
DANNY GRACE PLLC
*Attorneys for Plaintiff*

225 Broadway,
Suite 1200
New York, NY 10007