# U.S. District Court

## New York Eastern - Brooklyn

Receipt Date: Oct 29, 2024 1:27PM

PATRICIA A. SCHWETZ

| Rcpt. No: 100017533 | | Trans. Date: Oct 29, 2024 1:27PM | | | Cashier ID: #DA |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $605.00 |
| | Total Due Prior to Payment: | $605.00 |
| | Total Tendered: | $605.00 |
| | Total Cash Received: | $0.00 |
| | Cash Change Amount: | $0.00 |

**Comments**: 21-CV-3396

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.